**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| LuciData, Inc., | Civil No. 09-527 (DWF/JSM) |
| Plaintiffs, | **ORDER FOR ENTRY OF PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE OF REMAINING CLAIMS** |
| v. | |
| Robert Lelewski and Colorado Forensic Services, LLC, | |
| Defendants. | |

---

Jodi L. Johnson, Esq., Hinshaw & Culbertson LLP, counsel for Plaintiff.

Amy K. Amundson, Esq., Lind Jensen Sullivan & Peterson, PA; and Paul D. Godec, Esq., Ruegsegger Simons Smith & Stern, LLC, counsel for Defendant.

---

In accordance with the agreement reached amongst the parties, the Court, having been fully advised on the premises and upon all of the files, records, proceedings and affidavits in this matter,

**HEREBY ORDERS** that it approves and adopts the following stipulation of the parties:

1. Defendant Robert Lelewski is, until January 16, 2010, enjoined and restrained from:

  a. performing any competing services, as an employee, consultant or in any other capacity either individually, for Colorado Forensic Services, LLC ("CFS") or any other competing company;

  b. soliciting any LuciData, Inc. ("LuciData") client as an employee, consultant or in any other capacity either individually, for CFS or any other competing company; and

 2. Defendant Robert Lelewski is permanently enjoined and restrained from disclosing to CFS or any other third party, directly or indirectly, LuciData's Trade Secret or Proprietary Information.  For purposes of the Permanent Injunction, the following shall be defined as LuciData's Trade Secret and Proprietary Information (this term is more fully defined in Paragraph 4 of the Settlement Agreement by and between Robert Lelewski, CFS and LuciData, executed contemporaneously with the Stipulation of Permanent Injunction and Dismissal of Remaining Claims (the "Settlement Agreement")):

  a. Client Information and Disclosures;

  b. Pricing;

  c. Marketing Plans and Future Business Plans;

  d. Training Presentations, Lunch and Learn or CLE Material;

  e. Internal Threat Management Audit Reports;

  f. Network Diagrams;

  g. Lab Build-Out Sheet/Diagrams; and

  h. Benefits and Salaries.

3. Defendant Colorado Forensic Services is:

    a. enjoined and restrained from employing or continuing to employ Lelewski until January 16, 2010;

    b. permanently enjoined and restrained from soliciting information concerning LuciData's Trade Secret and Proprietary Information, from Lelewski or any present or former employee of LuciData; and

    c. permanently enjoined and restrained from disclosing to any individual or entity, directly or indirectly, LuciData's Trade Secret and Proprietary Information.

4. Otherwise, the Court dismisses the Complaint and Counterclaims raised by any party in the above-referenced action with prejudice, including any and all claims and counterclaims, on the merits and without costs and disbursements to any party, and with each party to pay its own litigation costs and attorneys' fees.

**SO ORDERED.**

Dated: November 6, 2009
                                  s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  United States District Judge